**EXHIBIT 3**

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

**United States Patent and Trademark Office**

Reg. No. 3,577,320
Registered Feb. 17, 2009

## TRADEMARK
### PRINCIPAL REGISTER



PARADOCX VINEYARD, LLC (PENNSYLVANIA LIMITED LIABILITY COMPANY)
464 CHESTERVILLE ROAD
LANDENBERG, PA 19350

FOR: WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 12-13-2007; IN COMMERCE 12-13-2007.

SN 77-286,733, FILED 9-24-2007.

JASON BLAIR, EXAMINING ATTORNEY