**EXHIBIT 4**

Advertisement


HOME  JOBS  EVENTS  TALENT GALLERY  SUBSCRIBE TO ADWEEK  NEWSLETTERS             Follow FOLLOW @ADWEEK



 **Honda Txt Msg Ad Hits Hard**
Innocent chatter precedes a terrible twist

 **The Toast of the Town**
Self-starter ladyblog is going gangbusters

 **Adweek Covers The Upfront**
All the latest on what's new and renewed on the networks

Search

**ADFREAK** — THE BEST AND WORST OF ADVERTISING, BRANDING AND DESIGN

# First Wine in a Box, Now Wine in a Can? Agency promotion puts Beaujolais in paint packaging By David Gianatasio

April 9, 2014, 1:25 PM EDT

Advertisement




Raise your brushes and rollers to toast Lithuania's McCann Vilnius, which recently packaged France's famed Beaujolais Nouveau in limited-edition paint cans for a fun self-promotion.

Follow @AdFreak

SIGN UP NOW!
FREE ADFREAK Daily Newsletter

**Recent Posts**

Join a Conversation Headed for Catastrophe in

McCann says it wanted to show clients "that we are constantly reinventing ourselves and looking for a fresh perspective."

The creative concept began with a discussion about how the annually anticipated Beaujolais stains drinkers' teeth and lips purple. So the paint cans include a color chart showing how much you'll need to drink to achieve a specific hue.

For the promo, bags filled with wine were placed inside the tins, so there's no fear of a metallic taste. If you're in Lithuania, pick up a few when you head out to paint the town red!

Via Design Taxi.






Honda's Anti-Texting Ad


Klondike Bar Plays Doctor With a Hot Candy Nurse, and a New Product Is Born


Southwest Shines With Flight Attendant's Viral Video as Social Media Sours for...


As Singer's Last Wish, 'I Touch Myself' Is Beautifully Reborn in a Breast Cancer PSA


Miller High Life Celebrates the Least Interesting Man in the World


Marionette Wives Feel Pretty Insecure in an Age of Wireless DirecTV


Cops Aren't There to Check Your Balls for You, Cancer PSA Reminds Guys

## About AdFreak

AdFreak is your daily blog of the best and worst of creativity in advertising, media, marketing and design. Follow us as we celebrate (and skewer) the latest, greatest, quirkiest and freakiest commercials, promos, trailers, posters, billboards, logos and package designs around. Edited by Adweek's Tim Nudd. Updated every weekday, with a weekly recap on Saturdays.

Click to Subscribe to AdFreak RSS

## Contributors

| Tim Nudd | Rebecca Cullers |
|---|---|
| David Gianatasio | Gabriel Beltrone |
| David Griner | Roo Ciambriello |
| T.L. Stanley | David Kiefaber |

## Blogroll

| Adland | Adverlicious |
|---|---|



| | |
|---|---|
| Adpulp | Agency Spy |
| Adrants | The Denver Egoist |
| Ads of the World | Osocio |
| Adverblog | Very Funny Ads |

**Get the The AdFreak Daily newsletter:**

Your email address                                      Sign up

**Topics:** Alcohol, Europe, McCann, Packaging, Creative, Agency

**Subscribe to Adweek today. Now on the iPad!**

## Latest News

- 4 Reactions to Twitter's Gnip Acquisition
- ABC Re-Ups Paul Lee
- Dove's 'Beauty Patch' Already Has 13 Million Views
- Top 10 Reasons Not to Buy Google Glass
- AOL Debuts 24-Hour Curated Video Experience
- MSNBC Airing 15-Second Daily News Video
- US Airways Tweet Shows Nude Woman Using Model Airplane as Sex Toy
- Lawmakers Pressure the FDA to Regulate E-Cigs With New Report

## Popular Now

- 24 People Who Applied for the World's Toughest Job Were In for Quite a Surprise
- Join a Conversation Headed for Catastrophe in Honda's Anti-Texting Ad
- As Singer's Last Wish, 'I Touch Myself' Is Beautifully Reborn in a Breast Cancer PSA
- Southwest Shines With Flight Attendant's Viral Video as Social Media Sours for Other Airlines
- Ad of the Day: Maxwell House Says Its Coffee Is Good, Not Great, and Means It
- Brands Need to Stop Trying to Play Hero
- Marionette Wives Feel Pretty Insecure in an Age of Wireless DirecTV
- Agency Stages the Most Charming Car Wreck Ever in an Ad for Chamomile Tea

## Comments

3 Comments    Adweek                                       Login

Sort by Best ▼                                    Share   Favorite

Join the discussion...


**abird** · 6 days ago
Clearly an 'amazing idea' whilst out drinking... Some things are best left in a bottle.
3 ▲ ▼ · Reply · Share ›


**akrokdesign** · 7 days ago
it's box wine in a paint can. *facepalm*
2 ▲ ▼ · Reply · Share ›


**Plasma Mongoose** · 6 days ago
Somehow I don't believe that champagne would sell anywhere near as well in paint can form.
▲ ▼ · Reply · Share ›

☑ Subscribe    ◉ Add Disqus to your site

## Featured Jobs

- Director, Network Marketing **Madison Square Garden Company** New York, New York
- Director of New Business **Leviathan** Chicago, Illinois
- Art Director **RPM Advertising** Chicago, IL
- Advertising Sales/Account Exec. **Company Confidential** New York, New York

Advertisement



Advertisement

| About | Subscribe to Adweek | Our Partners |
|---|---|---|
| About / Contact Us | Subscription Options | Billboard |
| Advertising | iPad app | Back Stage |
| Editorial Calendar | Newsletters | The Hollywood Reporter |
| Special Advertising Sections | Reprints | Film Expo Group |
| RSS | Back Issues | CLIO Awards |

©2014 Adweek
All Rights Reserved

Terms of use | Privacy Policy

Customer Service

7/8/2014     Wine in a Paint Can: Lithuania's Drink du Jour - ABC News

Like 4.6m | Follow | SIGN IN | Search

 HOME | VIDEO | U.S. | WORLD | POLITICS | ENTERTAINMENT | TECH | HEALTH | LIFESTYLE | SHOWS | MORE

NOW   BRAZIL VS GERMANY • RNC 2016 • FIFA WORLD CUP • HARRY POTTER • WORLD CUP SCHEDULE

  

Ring, Garnet (natural) Ster... $27.08 Shop    Pliers, EUROTOOL®,... $14.95 Shop    PMC3™ Precious Met... $118.70 Shop

# Wine in a Paint Can? Yes, Really!

April 18, 2014
By JOANNA PRISCO via **GOOD MORNING AMERICA**

Like 133    48    96    g+1 4      5 Comments



The McCann Vilnius ad agency in Lithuania came up with an unexpected vessel to feature the Couleur Nouveau vintage in -- a purple paint can.

McCann Vilnius

Beaujolais Nouveau has long suffered an unflattering comparison to paint thinner for its bright, cidery aromas that fly in the face of soft, juicy Merlot or peppery Cabernet Sauvignon.

But a European ad agency has turned that association on its head with some striking new packaging — a paint can, of course.

**READ: Fifty Shades of Grey Wine Destined to Be Guiltiest Pleasure Ever**

Each year, McCann Vilnius, the oldest ad agency in Lithuania, creates a limited-edition packaging design for the latest Beaujolais Nouveau vintage. For 2014, the agency chose to wink at the fact that too much red wine can stain one's teeth and released "Couleur Nouveau" in a purple paint tin.

**READ: Wine Champions 'Victory' for Hillary Clinton**

A color chart on the back of the can even indicates the shade your teeth will turn depending on how many glasses of wine are consumed.

But with the stunt-marketing vessel only available in limited quantities, many may purchase them for sheer conversation pieces rather than actually imbibing.

Like 133    48    96    g+1 4      5 Comments

**FROM AROUND THE WEB**      **MORE FROM ABC NEWS**

   

Your cat may be even smarter than you think    Auto-titrating CPAPs Proven to Make You Feel    Woman's Time-Lapse Video Shows Pain of    'Street Walker Strangler' Hunt Yields Arrest,

---

**HOT RIGHT NOW**

1  Subway Baby Mom Saw Boyfriend Killed, Dad Says

2  Nurse Fired Over 'Man vs 6 Train' Instagram Post

3  Man's Ravaging Lyme Disease Eludes Doctors for a Year

4  Google Co-Founder: People Shouldn't Have to Work So Much

5  Woman Learns Serial Killer Lived in Her Home From Watching...

**YOU MIGHT ALSO LIKE...**

 

George Clooney, Fiance Dine in Italy    Near Disaster Between Two

 

Shocking Day in Court for Georgia    Love dairy but lactose intolerant? Learn

7/8/2014                                 Wine in a Paint Can: Lithuania's Drink du Jour - ABC News

(Hill's Pet)            More Awake *(Easy Breathe)*        Trichotillomania              Gruesome Evidence

Ditch your mascara and try this! *(DermStore)*             Australian State Leader Quits Over $2,800 Wine
15 Surprising Slow Cooker Recipes *(Food.com)*
Surprise! New Jersey Is Simply Breathtaking              New Women Alcoholics: 'Looking at Red Wine Like It's Chocolate'
—See Why for Yourself *(New Jersey Tourism)*
9 Exercises for COPD *(HealthGrades)*                     10 Top Wine Regions to Visit
Healthy Family Meals That Are Ready in a                   Pantsless Woman Wanted for Boxed-Wine Theft
Flash *(Around the Table)*

**RELATED TOPICS:** Lithuania, Fifty Shades Of Grey, Hillary Clinton

## OFFERS YOU MIGHT LIKE                                                                        ADS BY ADBLADE

### New Rule in Pennsylvania:          ### Tired and Drowsy              ### Ready for Retirement?

New Rule in Pennsylvania: Do Not       The FDA has approved a solution   Have a $500K portfolio? Ken
Pay Your Next Car Insurance Bill       for snoring & sleep apnea that    Fisher, a 30-year Forbes
Until You Read This...                 does not require a cumbersome     columnist, has a retirement guide
                                       CPAP.                             for you!

More >>                                More >>                           More >>

## JOIN THE DISCUSSION

## PHOTO GALLERIES



View: Celebrating Fourth of July in America US

• • • • •

## SEE IT, SHARE IT


Getty Images

**Scientist Untangles Mystery of Jumbled Headphones**


Courtesy Anika Rychner

**Meet the WWII Vet and Toddler Who Became Best Buddies**


Lasse Damgaard

**Ghostly Remnants of Chernobyl's Nuclear Disaster**


ABCNews.com

**This Is What It's Like Inside Gaza During Missile Strikes**


BSIP/UIG/Getty Images

**Vials of Smallpox Virus Found in Unapproved Maryland Lab**


NY Med

**Nurse Fired Over 'Man vs 6 Train' Instagram Post**

**Man's Ravaging Lyme Disease Eludes Doctors for a Year**
New England Center for Investigative Journalism | CDC

7/8/2014                                            Wine in a Paint Can: Lithuania's Drink du Jour - ABC News

**5 Comments    ABC News**                                                    **D Login**                         sponsored offers

Sort by Best ▾                                                  Share  ⤴  Favorite ★          **MyrtleBeach Summer Deals**
                                                                                              Myrtle Beach Summer deals! Room rates as low as
                                                                                              $49/night. Book now & Save.
                                                                                              Visit Myrtle Beach

        Join the discussion…                                                                  **Know Where You Stand**
                                                                                              Monitor your credit. Manage your future. Equifax
                                                                                              Complete™ Premier.
                                                                                              Equifax

    **wryview** • 3 months ago                                                                **74 Year Old's Skin Secret**
    What's so unique about this? A winery in our area has put wine in paint cans for years.   The ultimate skin tightening remedy that is helping
    1 ▲  ▾  •  Reply • Share ›                                                                every day women achieve younger looking skin!
                                                                                              Healthy Living Guide

        **RRGreg** → wryview  •  3 months ago
        I saw it, that's cool!
        1 ▲  ▾  •  Reply • Share ›
                                                                                              **MOST COMMENTED**

            **wryview** → RRGreg  •  3 months ago
            The wine is pretty good too.
            1 ▲  ▾  •  Reply • Share ›

                                                                                              1   Mom Who Left Baby on Subway
        **RRGreg** → wryview  •  3 months ago                                                     Platform in Custody: Police
        Really?
        ▲  ▾  •  Reply • Share ›                                                              2   Israel Army Authorized to Mobilize
                                                                                                  40,000 Troops

    **AndrewSmithPDX** • 3 months ago                                                         3   Obama's Plans for $3.7 Billion
    Referencing wine with paint sounds like a bad marketing idea. I guess it is for people who    Immigration Crisis Funds
    like paint thinner quality wine. To each his own.
    ▲  ▾  •  Reply • Share ›                                                                  4   Google Co-Founder: People Shouldn't
                                                                                                  Have to Work So Much

**ALSO ON ABC NEWS**                **AROUND THE WEB**              **WHAT'S THIS?**          5   Chicago's Violent Weekend Ends With 21
                                                                                                  Sunday Shootings
**Katie Holmes Poses Topless, Talks**   **9 Miscast Roles That Ruined Good Movies**
**Dating** 16 comments                  Answers.com

**Obama's Plans for $3.7 Billion**      **Little Known Way to Pay Off Mortgage**
**Immigration Crisis Funds** 233 comments   Lifestyle Journal

**Russia claims alleged hacker was**    **Avoid These 10 Jobs: They Have No**
**"kidnapped" by US "agents"** 8 comments   **Future** Kiplinger.com

**Federal Judge Stirs Controversy With**    **From Desperate to Dazzling: Best Before**
**Blog Post** 1 comment                 **& After Landscapes** DIY Network

✉ Subscribe        D Add Disqus to your site

HOME  >  LIFESTYLE

Yahoo!-ABC News Network              Privacy Policy    Interest-Based Ads    Terms of Use    Contact Us

                                                                                              © 2014 ABC News Internet Ventures. All rights reserved.